UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Ravinder Singh, et al().

          Plaintiff,

v.                Case No.: 1:12–cv–02311
                Honorable John Z. Lee

Bradley Fletcher Abbott, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 22, 2012:

  MINUTE entry before Honorable John Z. Lee: Motion hearing held on 8/22/12. Plaintiff's motion for order of default judgment [25] is granted in part and denied in part. Judgment is entered in favor of the plaintiffs' Ravinder Singh and New Crown Holdings, LLC and against the defendant BF Ventures, LLC d/b/a Hospitality Television Solutions and Bradley Fletcher in the amount of $90,085.60. As stated in open Court, plaintiff's request for punitive damages is denied. Plaintiff are to summit a brief in support of their request for attorneys fees by 9/5/12. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.